158 A.3d 1227

COMMONWEALTH of Pennsylvania, Petitioner

v.

Kenyatta ANDERSON, Respondent

No. 68 EAL 2016

Supreme Court of Pennsylvania.

October 3, 2016

## ORDER

PER CURIAM

**AND NOW**, this 3rd day of October, 2016, the Petition for Allowance of Appeal is **DENIED**.